UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK CONNER, et al., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cv-00412-JAR |
| | ) |
| EDWARD KENNETH ATZERT, et al, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Come now plaintiffs, through counsel, and dismiss their claims against defendant,

EDWARD KENNETH ATZERT with prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


_____/s/ Greg A. Campbell_____
GREG A. CAMPBELL, #35381
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026 the foregoing was filed electronically with the Clerk of the Court and served via U.S. Mail to the following non-participant in e-filing:

Gebco Machine, Inc.
2900 Emzee
Granite City, IL 62040

/s/Greg A. Campbell